LEONA MILLER, an Infant, by DELIA MILLER, Her Guardian ad Litem, Respondent, v. CHRISTINE COLLINS, Appellant.— Order affirmed, with costs. All concur; Crouch and Taylor, JJ., in result, not because there was error in the refusal to charge as requested, but because the verdict is against the weight of the evidence on the question of whether the car was being used in defendant's business at the time of the accident. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

DAVID B. BRESLOW and Others, as Executors, etc., of SIMON BRESLOW, Deceased, Respondents, v. CATHARINE K. BLAKE, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

DAVID SCANLON, Respondent, v. BING S. STEVENS, Individually and as Executor, etc., of ELBERT E. STEVENS, Deceased, and Others, Appellants.— Judgment and orders affirmed, with costs, on the ground that the error in the court's instruction in response to the inquiry of the jury as to what would constitute prescriptive rights, may be disregarded, as not affecting any substantial right of the defendant. (Civ. Prac. Act, § 106.) It did not bear on any issue submitted under the evidence. Clark, Davis, Crouch and Taylor, JJ., concur; Hubbs, P. J., dissents and votes for reversal on the ground that the charge referred to constitutes reversible error.

JOSEPH D. O'CONNELL, Respondent, v. FRANK S. HOWARD, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

STANISLAW GOLAB, by IGNAC GOLAB, His Guardian ad Litem, Appellant, v. TOWN OF MARCY, Respondent.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

BARTHOLOMEW J. HOPKINS and Another, Appellants, v. HATTIE M. HAWKINS and Others, Respondents.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

STANISLAWA KASPSYK, Respondent, v. BROTHERHOOD OF AMERICAN YEOMEN, Appellant, Impleaded with MARIANNA DULCZENSKA, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.